```
 1  MICHAEL STEPANIAN
    Attorney at Law (CSBN 037712)
 2  819 Eddy Street
    San Francisco, CA 94109
 3  Telephone: (415) 771-6174
    Facsimile:  (415) 474-3748
 4  mstepanian@sbcglobal.net

 5  Attorney for Defendant
    JOHN GIMBEL
 6
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                                 ooo
11
12  UNITED STATES OF AMERICA,
                                       CR. 09-00989-MHP
13         Plaintiff,

14  vs.
                                       STIPULATION AND PROPOSED
15                                     ORDER TO CONTINUE DATE FOR
    JOHN GIMBEL,                       HEARING ON DEFENDANT S
16                                     MOTION TO DISMISS
           Defendant.                  _____
17                                /
18
```

19     Defendant JOHN GIMBEL, by and through his counsel of record Michael

20  Stepanian, and Assistant U.S. Attorney Kevin Barry hereby stipulate and agree that the

21  hearing on defendant s Motion To Dismiss shall be continued from July 15, 2010 to July

22  29, 2010 at 10 a.m.

23     Defense counsel requests this continuance for the purpose of further briefing on

24  the matter.  The parties agree that, taking into account the public interest in prompt

25  disposition of criminal cases, good cause exists for this extension.  Defendant also agrees

26  to exclude for this period of time any time limits applicable under 18 U.S.C. Section

27  3161.  The parties represent that the continuance is the reasonable time necessary for

28  continuity of defense counsel and  effective preparation of counsel, taking into account

1  the exercise of due diligence. 18 U.S.C. Section 3161(h)(8)(B)(iv). The parties also
2  agree that the ends of justice served by granting such a continuance outweigh the best
3  interests of the public and the defendant in a speedy trial. 18 U.S.C. Section
4  3161(h)(8)(A).

6  Date:  July 13, 2010                    /s/ Michael Stepanian
                                            MICHAEL STEPANIAN
7                                           Counsel for Defendant
                                            John Gimbel

9  Date:  July 13, 2010                    /s/ Kevin Barry
                                            KEVIN BARRY
10                                          Assistant United States Attorney

11     I have no objection to this continuance.
                                            (Signature attached to this Stipulation)
12  Date:  July 14, 2010
                                            JOHN GIMBLE
13                                          Defendant

14     For the reasons stated above, the Court hereby continues the hearing from July 15,
15  2010 to July 29, 2010. The Court further finds that an exclusion of time from July 15,
16  2010 through July 29, 2010 is warranted and that the ends of justice served by the
17  continuance outweigh the best interests of the public and the defendant in a speedy trial.
18  See 18 U.S.C. Section 3161(h)(8)(A). The failure to grant the requested continuance
19  would deny the defendant continuity of counsel and would deny defense counsel the
20  reasonable time necessary for effective preparation, taking into account the exercise of
21  due diligence, and would result in a miscarriage of justice. 18 U.S.C. Section
22  3161(h)(8)(B)(iv).
23  SO ORDERED.

25  Date:  July  15 , 2010

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

the exercise of due diligence. 18 U.S.C. Section 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(8)(A).

Date: July 13, 2010

/s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant
John Gimbel

Date: July 13, 2010

/s/ Kevin Barry
KEVIN BARRY
Assistant United States Attorney

I have no objection to this continuance.

Date: July 14, 2010

JOHN GIMBLE
Defendant

For the reasons stated above, the Court hereby continues the hearing from July 15, 2010 to July 29, 2010. The Court further finds that an exclusion of time from July 15, 2010 through July 29, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. Section 3161(h)(8)(A). The failure to grant the requested continuance would deny the defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. Section 3161(h)(8)(B)(iv).
SO ORDERED.

Date: July ___, 2010

MARILYN H. PATEL
U.S. District Court Judge