1  MICHAEL STEPANIAN (CSBN 037712)
   HELEN LAWRENCE (267094)
2  Attorneys at Law
   819 Eddy Street
3  San Francisco, CA 94109
   Telephone: (415) 771-6174
4  Facsimile:  (415) 474-3748

5  Attorney for Defendant
   JOHN GIMBEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GIMBEL,

    Defendant.
_____/

CR.  09-0989-MHP

**STIPULATION TO CONTINUE DATE FOR FILING PRETRIAL MOTIONS; [PROPOSED] ORDER**
_____

    Defendant JOHN GIMBEL, by and through his counsel of record Michael Stepanian and Helen Lawrence, and Assistant U.S. Attorney Kevin Barry hereby stipulate and agree that the defense may file pretrial motions on October 19, 2010.

///
///
///
///
///
///

STIPULATION TO CONTINUE DATE FOR FILING PRETRIAL MOTIONS;
[PROPOSED] ORDER

1  Due to the change in the date for the pretrial hearing conference, defense counsel
2  thought that their pleadings were due October 19th.

3

4  Date:  October 19, 2010

                                       /s/
5                                    MICHAEL STEPANIAN
                                  HELEN LAWRENCE
6                                    Attorney for Defendant
                                  JOHN GIMBEL

7

8

9  Dated:  October 19, 2010
                                     /s/
10                                   KEVIN BARRY
                                  Assistant United States Attorney

11

12  SO ORDERED:   10/25/2010
13                                    MARILYN H. PATEL
                                  UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California. Stamp: IT IS SO ORDERED, Judge Marilyn H. Patel]*

28  STIPULATION TO CONTINUE DATE FOR FILING PRETRIAL MOTIONS;
    [PROPOSED] ORDER

                                                                                              2