MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, CA 94103
    Telephone: (415) 436-7200
    Fax:      (415) 436-7234
    E-mail: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-0989 MHP |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER OF DISMISSAL |
| JOHN GIMBEL, | ) | |
| Defendant. | ) | |

The government has requested leave to dismiss the indictment under Rule 48(a) of the Federal Rules of Criminal Procedure.  Such leave is granted, and this action is dismissed with prejudice.

The defendant is to be released from the custody of the United States Marshal forthwith.

**IT IS SO ORDERED.**

Dated:  _ November 22, 2010 _

HON.
United

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA